United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ANTONIO NAVARRO VALDEZ, | § | |
| *Petitioner,* | § | |
| | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00962 |
| | § | |
| WARDEN | § | |
| and UNITED STATES OF AMERICA, | § | |
| *Respondents.* | § | |

### **ORDER**

Before the Court is the United States of America's Opposed Motion to Intervene. Dkt. No. 6.  The Court must allow a party to intervene where they claim an interest in the outcome of the case, disposing of the matter would affect their ability to protect that interest, and the party is not adequately represented by existing parties.  Fed. R. Civ. P. 24(a)(2).  After due consideration, the Court finds that the United States meets these criteria in this habeas case.  Moreover, intervention would not unduly delay or prejudice the adjudication of Petitioner's rights.  *See* Fed. R. Civ. P. 24(b)(3).  On the contrary, the Court finds that allowing the United States to intervene will expedite its adjudication. Accordingly, the United States of America's Motion to Intervene, Dkt. No. 6, is **GRANTED**.

Intervenor the United States' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss and, in the Alternative, for Summary Judgment, Dkt. No. 7, shall stand as the Government's responsive pleading in this case.  Additionally, the Clerk of

Court is **DIRECTED** to mail a copy of this Order and a copy of Dkt. No. 7 by any receipted

means to Petitioner at:

Antonio Navarro Valdez
A # 221-476-096
Webb County Detention Center
9998 South Highway 83
Laredo, Texas 78046


IT IS SO ORDERED

Signed this June 5, 2026, in Laredo, Texas.


Diana Song Quiroga
United States Magistrate Judge